UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-62091-CIV-SMITH

JOSHUA WATKINS,

    Plaintiff,

vs.

ALARM CENTRAL, INC., d/b/a KENTRONIX,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties' hereby submit this Joint Notice of Settlement of this matter, and anticipates having the settlement papers completed and stipulation of dismissal filed with the Court within thirty (30) days hereof.

Respectfully submitted on August 2, 2024.

| | |
|---|---|
| TODD W. SHULBY, P.A. | LAW OFFICES OF LEVY & LEVY, PA |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| 1792 Bell Tower Lane | 2844 North University Drive |
| Weston, FL 33326 | Coral Springs, Florida 33065 |
| Telephone: (954) 530-2236 | Telephone: (954) 763-5722 |
| | |
| */s/ Todd W. Shulby, Esq.* | */s/Chad Levy, Esq.* |
| Todd W. Shulby, Esq. | Chad Levy, Esq. |
| Fla Bar No. 068365 | Fla. Bar No. 0851701 |
| tshulby@shulbylaw.com | chad@levylevylaw.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Chad Levy*
CHAD E. LEVY, ESQ.

**SERVICE LIST**

Todd W. Shulby, Esq.
Florida Bar No. 068365
tshulby@shulbylaw.com
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, FL 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
*Attorney for Defendant*